[No. 11895–1–I. Division One. March 21, 1983.]

*In the Matter of* ALVIN ALTIMUS, ET AL.

ROBERT ALTIMUS, *Petitioner,* v. CATHOLIC
COMMUNITY SERVICES, ET AL,
*Respondents.*

Appeal from judgments of the Superior Court for King
County, Nos. 81–7–00648–3, 81–7–00716–1, 81–7–00717–0,
Herbert M. Stephens, J., entered September 28, 1981.
*Affirmed* by unpublished opinion per Williams, J., con-
curred in by Andersen, C.J., and Durham, J.

[No. 4958–2–III. Division Three. March 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ENOCH
A. MAES, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 81–1–00618–9, Bruce P. Hanson, J.,
entered December 4, 1981. *Affirmed* by unpublished opin-
ion per McInturff, J., concurred in by Munson, A.C.J., and
Green, J.

[No. 4783–1–III. Division Three. March 22, 1983.]

ARNOLD'S RANCH AND HOME, INC., *Respondent,* v. DICK
HUBER, ET AL, *Defendants,* YAKIMA VALLEY
ROOFING COMPANY, INC., ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 22497, W. R. Cole, J., entered September
21, 1981. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Munson, A.C.J., concurred in by Green
and McInturff, JJ.